UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



FILED
IN CLERKS OFFICE
2003 DEC 24 A 10: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　Plaintiffs<br><br>vs.<br><br>ODF CONTRACTING CO., INC.,<br>　　　　Defendant<br><br>and<br><br>CITIZENS BANK,<br>　　　　Trustee | C.A. No. 03-12550 NG |

## AFFIDAVIT OF ANNE R. SILLS

1.　　My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2.　　This firm has been involved in efforts to collect contributions owed the Massachusetts Laborers' Benefit Funds by ODF Contracting Co., Inc. since on or about May 13, 2003. Since that date, we have incurred legal fees of $4,875.00, representing 24.9 hours of work.

We have also incurred costs of $267.62.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF DECEMBER, 2003.

_____
Anne R. Sills, Esquire

ARS/ars&ts
6306 03-189/affsills.doc